**HALPER SADEH LLP**
Zachary Halper, Esq.
186 Darwin Lane
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ERIC WHITE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DUNKIN' BRANDS GROUP, INC., NIGEL TRAVIS, DAVID HOFFMAN, RAUL ALVAREZ, LINDA BOFF, IRENE CHANG BRITT, ANTHONY DINOVI, MICHAEL HINES, MARK NUNNELLY, CARL SPARKS, and ROLAND SMITH,<br><br>　　Defendants. | Case No: 2:20-cv-16443-KM-ESK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Eric White hereby voluntarily dismisses the above-captioned action. Defendants have not served an answer or a motion for summary judgment.

Dated: January 6, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**HALPER SADEH LLP**

　　　　　　　　　　　　　　　　　　　　/s/ Zachary Halper
　　　　　　　　　　　　　　　　　　　　Zachary Halper, Esq.
　　　　　　　　　　　　　　　　　　　　186 Darwin Lane
　　　　　　　　　　　　　　　　　　　　North Brunswick, NJ 08902
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 763-0060

Facsimile: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 6, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

               /s/ Zachary Halper
               Zachary Halper